In Re: Rita Emannuel                    CV-95-250-B    09/08/95
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW HAMPSHIRE


In Re:  Rita C. Emanuel                     Civil No. 95-250-B


                         **O R D E R**

    Rita Emanuel appeals the United States Bankruptcy Court's
decision granting Diversified Financial System, Inc.'s
("Diversified") motion to dismiss her petition for bankruptcy
protection.  For the following reasons, I affirm.

    Diversified moved to dismiss Emanuel's petition for Chapter
13 bankruptcy on the grounds that bankruptcy protection would
cause unreasonable and prejudicial delay to the creditors in
recovering their security through foreclosure sales of the
Emanuel's property.  In addition, Diversified alleged that
Emanuel and her husband, Michael Emanuel, had repeatedly filed
bankruptcy petitions to prevent a foreclosure sale of their
property.

    On appeal, Emanuel asks for relief from constructive fraud
and attaches a copy purported to be a draft of the first page of
a suit by her husband against the Small Business Administration
and Diversified.  Construing her brief broadly, she appears to

assert that Diversified sold three of her husband's properties at unreasonably low prices constituting constructive fraud. She does not address the grounds for the bankruptcy court's dismissal of her bankruptcy petition nor does she explain the relevance of her constructive fraud claims to the dismissal. In addition, Emanuel has not included the statement of issues referenced in her table of contents further clouding her claims on appeal. Consequently, Emanuel fails to state a basis for challenging the bankruptcy court's decision.

Diversified raises several procedural defenses to Emanuel's appeal alleging that her brief was late filed and incomplete in violation of Bankruptcy Rules 8009 and 8010. Diversified also alleges that Michael Emanuel, not Rita Emanuel, has signed her pleadings in violation of Rule 11(a) of the Federal Rules of Civil Procedure. Because Emanuel's appeal is without merit and I affirm dismissal of the bankruptcy petition on that ground, I need not address the other issues raised by Diversified.

## CONCLUSION

For the foregoing reasons, the bankruptcy court's order dismissing the case is affirmed. Diversified's motion to dismiss (document 3), motion to strike motion for extension of time

2

(document 16), motion to strike pleadings (document 17), and motion for security (document 18) are denied as moot.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

September 8, 1995

cc:   Lawrence Sumski, Esq.
      Patricia Mellor, Esq.
      George Vannah, USBC